IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIM W. GOLDEN ) | |
| ) | Case No. 3:13-0072 |
| v. ) | JUDGE SHARP |
| ) | |
| ADVANCE AUTO PARTS, et al., ) | |
| ) | |

**O R D E R**

Pursuant to the Notice (Docket No. 17) filed by the plaintiff, which the Court construes as an unopposed motion to dismiss, this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE